# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **JAVIER HERNANDEZ**, *Plaintiff*, <br><br> v. <br><br> **WARDEN**, **FCI Yazoo City Low**, *Defendant*. | CAUSE NO. 3:23-CV-104-CWR-FKB |

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 9, this habeas petition is dismissed as moot and finally closed on the Court's docket.

**SO ORDERED**, this the 1st day of March, 2023.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE